ALEX MEDINA, Appellant.—Judgment, Supreme Court, New York County (Roger Hayes, J.), rendered on January 9, 1989, convicting defendant, upon a plea of guilty, of criminal possession of a weapon in the third degree and sentencing defendant to five years' probation, unanimously affirmed.

We are unpersuaded that the sentence imposed was unduly harsh or severe. Taking into account, "among other things, the crime charged, the particular circumstances of the individual before the court and the purpose of a penal sanction", we perceive no abuse of discretion warranting a reduction in sentence. *(People v Farrar,* 52 NY2d 302, 305.)

Further, defendant was sentenced in accordance with his plea bargain and within statutory guidelines. "Having received the benefit of his bargain, defendant should be bound by its terms." *(People v Felman,* 141 AD2d 889, 890, *lv denied* 72 NY2d 918.) Concur—Kupferman, J. P., Carro, Ellerin, Wallach and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELMO R. RICHARDSON, Appellant.—Judgment, Supreme Court, Bronx County (John Collins, J.), rendered on July 9, 1984, convicting defendant, upon a plea of guilty, of robbery in the first degree and criminal possession of a weapon in the fourth degree and sentencing defendant to an indeterminate term of imprisonment of 6 to 12 years and a concurrent determinate sentence of one year, respectively, unanimously affirmed.

We are unpersuaded that the sentence imposed was unduly harsh or severe. Taking into account, "among other things, the crime charged, the particular circumstances of the individual before the court and the purpose of a penal sanction", we perceive no abuse of discretion warranting a reduction in sentence. *(People v Farrar,* 52 NY2d 302, 305.)

Further, defendant was sentenced in accordance with his plea bargain and within statutory guidelines. "Having received the benefit of his bargain, defendant should be bound by its terms." *(People v Felman,* 141 AD2d 889, 890, *lv denied* 72 NY2d 918.) Concur—Kupferman, J. P., Carro, Ellerin, Wallach and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HOWARD, Appellant.—Judgment, Supreme Court, New York County (Alvin Schlesinger, J.), rendered on March 31, 1988, convicting defendant, upon a plea of guilty, of manslaughter in the first degree and sentencing defendant to an indeterminate term of imprisonment of 6½ to 19½ years, unanimously affirmed.